[No. 13191-2-III. Division Three. April 6, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TINA L. TEYEMA, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 92-1-00346-3, Kenneth L. Jorgensen, J., entered April 1, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J.

[No. 13999-9-III. Division Three. April 6, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL EDWARD MORRIS, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 93-1-00333-0, John G. Burchard, Jr., J., entered April 1, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J.

[No. 13128-9-III. Division Three. April 6, 1995.]

DELORES CARROLL, *Appellant*, v. HARRY RIES, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 90-2-00737-1, Michael E. Cooper, J., entered January 15, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Sweeney and Schultheis, JJ.